JOSEPH McGRAW, Respondent, *v.* WILLIAM R. MORGAN et al., Appellants.

(Submitted December 8, 1875; decided December 21, 1875.)

*John A. Godfrey* for the appellants.

*A. J. Perry* for the respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.